**UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS**

UNITED STATES OF AMERICA

v.                                                     MA Cr. No.   08m-1028-JGD
                                                                           CA Cr. No.   08-00435

Dana Hutchinson

**ORDER HOLDING DEFENDANT TO ANSWER AND
TO APPEAR IN THE DISTRICT OF PROSECUTION**

**DEIN, U.S.M.J.**                                                                                                                    **June 16, 2008**

      The defendant having appeared before this Court pursuant to Rule 5, Federal Rules of Criminal Procedure, and proceedings having been concluded and the defendant released;

      It is **ORDERED** that the defendant be held to answer in the United States District Court for the Central District of California (Western Division); and shall appear at all proceedings as required. The defendant shall next appear at the United States District Court for Central District of California, Edward Roybal Federal Building and Courthouse, 255 East Temple Street. Los Angeles, CA.   On July 14, 2008 @ 8:00am. Room 341.

                                                                                                        By the Court,

                                                                                                        /S/ Thomas F. Quinn Jr.
                                                                                                        Thomas F. Quinn Jr.
                                                                                                        Deputy Clerk