UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CRIMINAL NO. 08M-1028-JGD |
| ) | |
| V. ) | |
| ) | |
| ) | |
| DANA HUTCHINSON ) | |

**ORDER ON DEFENDANT'S MOTION FOR TRAVEL EXPENSES**

**DEIN, U.S.M.J.**

Upon consideration of Defendant's Motion for Travel Expenses, and of the representation and positions of defendant, the government and pretrial services at defendant's appearance pursuant to Fed.R.Crim.P.5 on May 8, 2008, defendant's Motion for Travel Expenses is allowed.

The United States Marshall be directed to arrange for and pay the cost of a one way air transportation from Boston to California on dates and times sufficient to enable defendant to appear in the United States District Court, Central District of California (Western Division) at 8:00 a.m. on July 14, 2008.

The United States Marshall be further directed to furnish defendant with lodging expenses, if necessary, in an amount sufficient to pay for lodging at a hotel near the courthouse, but in no event in an amount that exceeds the per diem allowance for travel under 5 U.S.C. § 5702.

Dated: 6/16/08

_Judith Gail Dein_
Judith G. Dein
United States Magistrate Judge